**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| Alfonso Garcia,<br><br>                Plaintiff,<br><br>    v.<br><br>City of Los Angeles et al.,<br><br>                Defendants. | EDCV 15-1354-VAP (SPx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT** |

On March 25, 2016, the Court extended the deadline for the parties' deadline for a settlement conference. Pursuant to that Order, the final day to conduct a settlement conference was May 2, 2016, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than May 26, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated:  5/17/16

*/s/ Virginia A. Phillips*
Virginia A. Phillips
United States District Judge